**Frank Easley, administrator of the estate of Albert H. Brown, Jr., deceased, defendant in error, v. William J. Jackson, receiver of Chicago & Eastern Illinois Railroad Company, plaintiff in error.**
Action to recover for death of an infant passenger in automobile

struck by train at a highway crossing. Judgment for plaintiff. Error to the Circuit Court of Franklin county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the March term, 1918. Reversed with finding of fact. Opinion filed November 1, 1918.

Edward C. Craig, Donald B. Craig, Fred H. Kelly and Holmes & Dillon, for plaintiff in error; Homer T. Dick and Charles O. Fowler, of counsel. G. A. Hickman, W. P. Seeber and Hart & Hart, for defendant in error.

Mr. Presiding Justice Boggs delivered the opinion of the court.